In the Matter of the Claim of WILLIAM J. McGLADE, Respondent, against THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. STATE INDUSTRIAL

Board, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that at the time of the accidental injury claimant was engaged in interstate commerce. Van Kirk, P. J., Hinman and Hill, JJ., concur; Rhodes and Crapser, JJ., dissent and vote for affirmance on the ground that the claimant at the time of the accidental injury was not engaged in interstate commerce.